UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

DARRELL C. WILLIAMS,                    )
                                        )
        *Plaintiff,*                      )
v.                                      )            No.      1:07-cv-18
                                        )            *Collier/Carter*
TYRONE RANSOM                           )
                                        )
        *Defendant*.                      )

## ORDER OF DEFICIENCY

The court is in receipt of a pro se civil rights complaint filed by Darrell C. Williams

("Williams") pursuant to 42 U.S.C. § 1983. Williams has not paid the $350.00 filing fee nor has he

filed a complete *in forma pauperis* application. Williams is presently incarcerated at the Hamilton

County Jail, in Chattanooga, Tennessee. Under the Prison Litigation Reform Act, a prisoner who

files a complaint in a district court must tender the full filing fee or he must file (1) an application

to proceed *in forma pauperis* without prepayment of fees and (2) a certified copy of his inmate trust

account for the previous six-month period. 28 U.S.C. § 1915(a)(2). Williams failed to submit either

the full filing fee or a complete application to proceed *in forma pauperis* and a certified copy of his

inmate trust account for the previous six-month period.[1]

The Clerk is **DIRECTED** to send an *in forma pauperis* application and a copy of this order

by certified mail to the plaintiff. Williams shall have **thirty (30) days** from the date of this order

to pay the full filing fee or to complete the *in forma pauperis* application and submit the necessary

documents.

---

[1]     Williams only submitted page nine of the *in forma pauperis* application.

In addition, Williams failed to file a complete § 1983 complaint. Specifically, Williams failed

to identify the relief he is seeking and he failed to sign the complaint as required by FED. R. CIV. P.

11(a). The Clerk is **DIRECTED** to retain a copy of the complaint and return the original complaint

to Williams along with the proper form to file a complete 42 U.S.C. § 1983 complaint. Williams

shall have **thirty (30) days** from the date of this order to draft and sign the § 1983complaint and file

the complete document. Williams is reminded that he **SHALL** sign the complaint on page five

under penalty of perjury.

Williams is hereby **NOTIFIED** that if he fails to fully comply with this Order within the

time required, the Court shall presume that he is not a pauper, shall assess the full amount of fees,

and shall order the case dismissed for want of prosecution. If the case is dismissed under these

circumstances Williams is notified the case will not be reinstated to the district court's docket despite

the subsequent payment of the filing fee.

Williams is further **ORDERED** to inform the Court, and the defendants or their counsel of

record, immediately of any address changes. Failure to provide a correct address to this Court within

**ten (10) days** following any change of address will result in the dismissal of this action.

**SO ORDERED.**

**ENTER:**


**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**